UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHONTIEL KIM KIMIRA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04321-JPH-TAB ) |
| CIVIL, | ) ) ) |
| Defendant. | ) |

**ORDER DISMISSING CASE**

On November 1, 2019, the Court ordered Plaintiff Shontiel Kim Kimira to show cause by November 22, 2019, why this case should not be dismissed for failure to state a claim. Dkt. 4. Plaintiff has not responded. The Court therefore **DISMISSES this case without prejudice**. The Clerk **shall** close this case on the docket.

**SO ORDERED.**

Date: 12/2/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

SHONTIEL KIM KIMIRA
1033 E. Washington Street
Indianapolis, IN 46202